IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41300
Summary Calendar
_____

UNITED STATES of AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS ROMEO LERMA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-50-1
--------------------
September 28, 2000

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

     Carlos Romeo Lerma appeals the sentence imposed upon revocation of his probation by contending that he was not afforded the right of allocution at the sentencing hearing, in violation of Fed. R. Crim. P. 32(c)(3)(C).  The Government confesses error and agrees that Lerma is entitled to relief.  See United States v. Anderson, 987 F.2d 251, 261 (5th Cir. 1993). Accordingly, Lerma's sentence is VACATED and the case is REMANDED so that Lerma can exercise his right of allocution prior to resentencing.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.